Dated: May 1st 2020

Leonardo Medina (Plaintiff)
representing the interest of the public of
The United States of America

V

Chinese Government (defendant)
and the town of Wuhan in their
full and individual capacitys

1983 civil rights action


RECEIVED MAY 1 1 2020 PRO SE OFFICE

To the clerk of court,

I wish to bring claim as a poor person against defendants mentioned above citing a violation of 8th Amendment right to be free from cruel and unusual punishment as well as neglect in its handling in reference to the current epidemic (Coronavirus Covid 19). The fact that origin of the outbreak started in the town of Wuhan, and eventually caused a world wide crisis show clear neglect on their behalf. To date the coronavirus has killed more than 220,000 people around the globe. Instead of contaminating and isolating there infected civilians they enabled the spread by restricting domestic travel but allowing international travel is criminal in nature. They are also neglecting to release information about the virus which they had the sole responsibility to study in a safe manner is making it impossible to stop the spread of the deadliest pandemic known to man. Instead of providing aid in any form they are selling medicine and other products in an attempt to benifit from this terrible crisis. They have single handedly crushed economys, school systems, families, by enabling the loss of innocent lives through their lack of cooperation and concern. The Chinese government is letting the world die in the name of "Privacy" of a study that they legally agreed to safely perform. It is questionable at least that we personally funded the study but they will not release information in the name of saving not only American lives but that of the whole world. They are forcing us to endure death while they hide facts that were meant to eventually be public information in the first place. I am asking that the court order the immediate release of any neccesary documented records/information having to do with the study of the Corona Virus Covid 19 and any other potential viruses that could aid the U.S. government in stopping any more deaths, and also asking for Monetary relief in the reasonable sum of 1,000,000,000 billion dollars. Citing neglegence and a violation of 8th Amendment right to be free from cruel and unusual punishment. I sincerely thank the court for its dedicated time and consideration. May God bless you and your families in these trying times.

Dated: CC: Leo.M-20R0319
5/1/20    Downstate Correctional facility
          Box F
          Red Schoolhouse Road
          Fishkill, Newyork 12524-0445

**DOWNSTATE CORRECTIONAL FACILITY**
BOX F
RED SCHOOLHOUSE ROAD
FISHKILL, NEW YORK 12524-0445
NAME: Leonardo Medina
DIN: 20R0319

Legal Mail

RECEIVED
MAY 11 2020
PRO SE OFFICE

ALBANY NY 120 DOWNSTATE
04 MAY '20
PM 2 L
CORRECTIONAL FACILITY

NEOPOST
05/04/2020
US POSTAGE $000.50⁰
FIRST-CLASS MAIL
ZIP 12524
041M11284855

U.S. District Clerk
Southern District of New York
500 Pearl Street
New York, Ny 10013

Pro Se
In Forma



Legal Mail

10007-193099