# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

Leonardo Medina
(full name of the plaintiff/petitioner)

20 CV 3644 (CM)(CM)
(Provide docket number, if available; if filing this with your complaint, you will not yet have a docket number.)

-against-

Chinese Government and the Town of Wuhan, individual and full capacity's
(full name(s) of the defendant(s)/respondent(s))

RECEIVED MAY 28 2020 PRO SE OFFICE

## PRISONER AUTHORIZATION

By signing below, I acknowledge that:

(1) because I filed this action as a prisoner,[1] I am required by statute (28 U.S.C. § 1915) to pay the full filing fees for this case, even if I am granted the right to proceed *in forma pauperis* (IFP), that is, without prepayment of fees;

(2) if I am granted IFP status, the full $350 filing fee will be deducted in installments from my prison account, even if my case is dismissed or I voluntarily withdraw it.

I authorize the agency holding me in custody to:

(1) send a certified copy of my prison trust fund account statement for the past six months (from my current institution or any institution in which I was incarcerated during the past six months);

(2) calculate the amounts specified by 28 U.S.C. § 1915(b), deduct those amounts from my prison trust fund, and disburse those amounts to the Court.

This authorization applies to any agency into whose custody I may be transferred and to any other district court to which my case may be transferred.

5/19/20
Date

Leo. M-
Signature

Medina Leonardo
Name (Last, First, MI)

20R0319
Prison Identification #

Downstate Correctional Facility, Box F, Red Schoolhouse Road, Fishkill, New York 12524-0445
Address / City / State / Zip Code

---

[1] A "prisoner" is "any person incarcerated or detained in any facility who is accused of, convicted of, sentenced for, or adjudicated delinquent for, violations of criminal law or the terms or conditions of parole, probation, pretrial release, or diversionary program." 28 U.S.C. § 1915(h).

SDNY Rev. 8/5/15