UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LEONARDO MEDINA,

                          Plaintiff,

          -against-

CHINESE GOVERNMENT; TOWN OF
WUHAN,

                          Defendants.

20-CV-3644 (CM)

CIVIL JUDGMENT

Pursuant to the order issued June 10, 2020, dismissing the complaint,

IT IS ORDERED, ADJUDGED AND DECREED that the complaint is dismissed under

28 U.S.C. § 1915(e)(2)(B)(i).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's

judgment would not be taken in good faith.

IT IS FURTHER ORDERED that the Clerk of Court mail a copy of this judgment to

Plaintiff and note service on the docket.

SO ORDERED.

Dated:    June 10, 2020
          New York, New York

                                        _____
                                        COLLEEN McMAHON
                                        Chief United States District Judge